# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00701-CV

### In re Kewation M. Johnson

### ORIGINAL PROCEEDING FROM FAYETTE COUNTY

## M E M O R A N D U M   O P I N I O N

Relator, an inmate with the Texas Department of Criminal Justice, has filed a pro se petition for writ of mandamus complaining of the trial court's failure or refusal to rule on a motion for bench warrant and speedy trial allegedly pending since November 28, 2023. We deny the petition.

It is Relator's burden to request and properly establish entitlement to extraordinary relief, including by providing this Court with a sufficient record from which to evaluate his claims. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); *In re Smith*, No. 03-14-00478-CV, 2014 WL 4079922, at *2 (Tex. App.—Austin Aug. 13, 2014, orig. proceeding) (mem. op.) (denying mandamus relief when relator failed to provide sufficient record); *see also* Tex. R. App. P. 52.7(a) (requiring relator to file record containing sworn copies "of every document that is material to [his] claim for relief and that was filed in any underlying proceeding").

Here, relator has not provided us with a file-stamped copy of the allegedly pending motion or any other material from which we may evaluate the merits of his petition. On this record, we conclude that relator has failed to show entitlement to relief. Accordingly, his petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly and Theofanis

Filed: September 23, 2025